# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2011

Robert P. Young, Jr.,
Chief Justice

142127

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CANDICE JOHNSON and BABY JOHNSON,
    Plaintiffs-Appellees,

v

    SC: 142127
    COA: 288338
    Jackson CC: 08-000721-NH

RAJAN PASTORIZA, M.D. and RAJAN
PASTORIZA, M.D., P.L.C., d/b/a WOMEN'S
FIRST HEALTH SERVICES,
    Defendants-Appellants.

_____/

    On order of the Court, the application for leave to appeal the October 12, 2010 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether the 2005 amendment of MCL 600.2922, 2005 PA 270, applies retroactively, and (2) if so, whether the reference to "death as described in section 2922a" in the 2005 amendment to MCL 600.2922 incorporates the exceptions to recovery contained at MCL 600.2922a(2).



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

Clerk